**Exhibit A to the Complaint**

**Location:** Milpitas, CA  
**Total Works Infringed:** 24  
**IP Address:** 67.160.193.130  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E80E7668A26EF21AF75D05659E7B948F8E811308<br>File Hash:<br>0E35ECBD4A0BD4FEBB7993D328346860F3346292B7311E7D9D68DE7CB0174EF9 | 08-28-2022 14:39:13 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 2 | Info Hash: 9854BD9F9D15E6CAB0E441F29C3A939CECB90B01<br>File Hash:<br>9700672433356F8B1439FE7A6121D986D18E7106E4D26190A296C4EE36932BB0 | 08-27-2022 19:42:31 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 3 | Info Hash: 9C026601B2459C8B4A1BB5DDC7E29714DB2EA236<br>File Hash:<br>183592DB23C2EC001E98E73F72BCF3D4E2B4A1B98E04AA80EBE0146C492836C0 | 07-28-2022 06:14:52 | Blacked Raw | 01-22-2020 | 02-20-2020 | PA0002229057 |
| 4 | Info Hash: A26BB8C812B2646DB71C375FA96F1F50D76E27C3<br>File Hash:<br>496833F669BF83F645C7101EC8B093ACF0D707158A49B56949D0652DC3A5D863 | 05-22-2022 16:46:35 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 5 | Info Hash: 2FCCFC943E2F866F17AD423D4D3AE9FD22133077<br>File Hash:<br>58C73DFDE37652A8F5D639878D6247F19BFB79384F1A8E71E37692E4BAA0987C | 04-13-2022 02:34:53 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 6 | Info Hash: 7624C6A91F2A593FE2916831525326865524B133<br>File Hash:<br>49B7C71F55A26E363D8FBAA3F6B56A2888A28FF337C254AE7685DC344C56E709 | 12-10-2021 05:50:36 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 7 | Info Hash: EB2FA6D8D0F409495CFD399CD2DF142F55EB24D4<br>File Hash:<br>F6094559C3FA16B75D2E4A8D84124BBF01D59B4C80814C7507E0657BFDFD7D35 | 11-25-2021 06:59:28 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 8 | Info Hash: 276936219415D29826F0AD8266C3D9835AC46263<br>File Hash:<br>DF6521B38E09F8D987DF73CEF0CC8101B607A6EF1A8A659CBF85C6A40A3607B5 | 11-21-2021 08:22:05 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 9 | Info Hash: 498C38E65A191A26E153A7D80BCFBCA20069BDFD<br>File Hash:<br>7D77CD89BDDD5175B6C5775155ABE6765DBCC8D9D3D09DB4A285FF43F55D7EB8 | 11-21-2021 08:21:59 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |
| 10 | Info Hash: 6035AA12C63BA7B5A3BD424C629C41DCB5C5E94D<br>File Hash:<br>A5330871A31599822F5ECED5AB8C9376CD354FB59A0728B501459406CA1FA6A3 | 10-17-2021 03:02:56 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 11 | Info Hash: C712DD41FC304B9E6DA7F281D40A84F3998639A1<br>File Hash:<br>44DA1CAA08B3A845984A5D3DF965483C901BB699AD711BE89BA1A4B68FBBCE88 | 10-13-2021 03:40:38 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 230A6D45AD01B4CC67F19BABB58E68B928C42502<br>File Hash: 0514D07FB08BE468DC58262E31A69232E4D3FF1697271B02E7E5B031B399976B | 10-11-2021 04:47:08 | Blacked | 01-10-2019 | 02-02-2019 | PA0002155382 |
| 13 | Info Hash: E75A5CE65438DA60766CE023D1D04BD1B1EDBE7D<br>File Hash: 6F1A48EA19B6DCF1CFF586EF1D17E1E9C0B486DA787E301BDAC525F7BA95985B | 09-19-2021 14:21:48 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 14 | Info Hash: F4A97918835DD58FE77C6616EE92FF2840C5596A<br>File Hash: B89E9FB1DFA96D2D99CA79899F4D1E4DE93F49A3D29058DF1A2760B109555666 | 09-19-2021 14:20:35 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 15 | Info Hash: 013FB4E2FE05A577E30A26645152DD345E96C188<br>File Hash: 5EA853B95915065642C5BE28E33FA79850309D4241179FCD4851A98B19346A3B | 09-19-2021 14:19:30 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 16 | Info Hash: 5967A179ECB17E915F3957FADEC80E9B2D5B9669<br>File Hash: 438A13F42E95B96712064573C99921F9AFBF1427A47586982260C2CAA5E6B528 | 07-31-2021 22:15:47 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 17 | Info Hash: B54230515B0908BB56E4578841B788C38E6D665F<br>File Hash: 21BC1F5CABFE4D3023895A0872A8DAF327598A0747EFC117EF4C4B4E918C98E4 | 07-27-2021 13:52:13 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 18 | Info Hash: 41B0235D1BFC0821806275E650E024915820E402<br>File Hash: 405ABE5CB469E85B27758E34167AD75D028FDE4C6178E200CD77F5345D2B3856 | 07-22-2021 06:26:45 | Blacked | 11-21-2017 | 01-04-2018 | PA0002069353 |
| 19 | Info Hash: D06FB7FF3800D0F03A1A06ADABCD9AB5774A5262<br>File Hash: 816F6331FFC91DA37B95BE773CAB84DC8FE97F744E1701AA9E5CBDA184600F56 | 07-22-2021 06:21:04 | Blacked Raw | 02-06-2018 | 02-20-2018 | PA0002104186 |
| 20 | Info Hash: D5DDC10163223248FB725AC7532A3740E9E78571<br>File Hash: 2A3B523ABFD29DE3BB785B5ED803D20187B8621B8533FF17B60B6C4A283918CA | 06-27-2021 19:46:36 | Blacked Raw | 11-08-2017 | 12-04-2017 | PA0002097993 |
| 21 | Info Hash: 92F100D13ABA3A409D4CB6ABC2B24723AF8C693D<br>File Hash: 1B0B838BB4988A0F4005BC95DFCAE8DE658E6F0ED2004E0348F00F3E5F22B2B8 | 06-16-2021 12:52:24 | Blacked | 05-02-2020 | 05-19-2020 | PA0002241471 |
| 22 | Info Hash: 5527B59E82F936FAFB68C6E1A30C53CDE6FDD4D4<br>File Hash: EDC16D2821028FC256DCE9EE33E07EAD98248D08B7EC171B85C35AF9D814473A | 04-26-2021 04:45:20 | Blacked | 12-26-2018 | 02-02-2019 | PA0002155307 |
| 23 | Info Hash: 94786313B1EC5FE747B7A9F74C935798493F2972<br>File Hash: A7B4B0F5954C2A15B42AFDC1384F250FF5CB0F8E60A7F6BBBFA460926C9DC81D | 04-04-2021 19:27:59 | Blacked Raw | 12-08-2018 | 12-18-2018 | PA0002141919 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: AFD467CD6644702A843CBCDD1DAD19A3EA10863A<br>File Hash:<br>B02AB8FF65A95F271951F39DD493455062B4F7037356D32FA459F1E07AEB99C2 | 03-01-2021 00:08:24 | Blacked | 01-25-2018 | 03-02-2018 | PA0002104748 |